# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY HOFFMAN, and <br> J.P. MORGAN SECURITIES LLC, <br><br> Defendants. | Case No. 1:17-cv-2831 <br><br> **RULE 7.1 AND LR3.2 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Fidelity Brokerage Services LLC states that it is a wholly owned subsidiary of Fidelity Global Brokerage Group, Inc. Fidelity Global Brokerage Group, Inc. is not a public company, and no publicly traded company owns 10% or more of Fidelity Global Brokerage Group, Inc. stock. Plaintiff Fidelity Brokerage Services LLC's sole member is Fidelity Global Brokerage Group, Inc., a corporation organized and existing under the laws of Massachusetts with its principal place of business located in Boston, Massachusetts.

Dated: April 14, 2017

                Respectfully submitted,

                FIDELITY BROKERAGE SERVICES LLC,

                By its attorneys,

                */s/Kenneth J. Vanko*

                Kenneth J. Vanko
                  *vanko@ccmlawyer.com*
                Clingen Callow & McLean, LLC
                2300 Cabot Drive, Suite 500
                Lisle, Illinois 60532
                Phone: (630) 871-2609
                Fax: (630) 871-9869

                Russell Beck, MA BBO No. 561031
                  *rbeck@beckreed.com*
                Stephen D. Riden, MA BBO No. 644451
                  *sriden@beckreed.com*
                BECK REED RIDEN LLP
                155 Federal Street, Suite 1302
                Boston, Massachusetts 02110
                Phone: (617) 500-8660
                Fax: (617) 500-8665
                *Pro Hac Vice Pending*

**CERTIFICATE OF SERVICE**

      I, Kenneth J. Vanko, an attorney, hereby certify that on April 14, 2017, I caused a copy of the foregoing Corporate Disclosure Statement to be filed with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                    */s/Kenneth J. Vanko*