# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY HOFFMAN, and <br> J.P. MORGAN SECURITIES LLC, <br><br> Defendants. | Case No. 1:17-cv-2831 <br><br> **AMENDED NOTICE OF EMERGENCY MOTION** |

To:
    Leonard Weintraub
    Paduano & Weintraub LLP
    1251 Avenue of the Americas
    Ninth Floor
    New York, New York 10020
    Telephone: (212) 785-9100
    LW@pwlawyers.com

    PLEASE TAKE NOTICE that at 10:00 a.m., or as soon thereafter as counsel may be heard on the 19th day of April, 2017, the undersigned will present its *Motion for Temporary Restraining Order* before the Honorable Charles Norgle in Room 2341 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, a copy of which is served upon you.

Dated: April 17, 2017

Respectfully submitted,

FIDELITY BROKERAGE SERVICES LLC,

By its attorneys,

*/s/Kenneth J. Vanko*

Kenneth J. Vanko, ARDC No. 6244048
 *vanko@ccmlawyer.com*
CLINGEN CALLOW & McLEAN, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
Phone: (630) 871-2600
Fax: (630) 871-9869

Russell Beck, MA BBO No. 561031
 *rbeck@beckreed.com*
Stephen D. Riden, MA BBO No. 644451
 *sriden@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Phone: (617) 500-8660
Fax: (617) 500-8665
*Pro Hac Vice Pending*