## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Fidelity Brokerage Services LLC v. Timothy Hoffman, J.P. Morgan Securities LLC

Case Number: 1:17-cv-2831

An appearance is hereby filed by the undersigned as attorney for: Defendants, Timothy Hoffman and J.P. Morgan Securities LLC

Attorney name (type or print): Jenny R. Goltz

Firm: Cozen O'Connor

Street address: 123 North Wacker Drive, Ste. 1800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6290036
(See item 3 in instructions)

Telephone Number: 312/474-7900

Email Address: jgoltz@cozen.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 18, 2017

Attorney signature: S/ Jenny R. Goltz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015